# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| § | | |
| V. § | NO. | A-22-CR-109 (RP) |
| § | | |
| DAMONTRAE HILL, § | | |
| Defendant § | | |

## ORDER

On September 21, 2022, in open court, Defendant waived his preliminary hearing on his pending petition to revoke supervision. On the same date, Defense counsel proffered evidence and orally moved for Defendant's release pending his petition to revoke supervision. Counsel for the government, Keith Henneke, announced his agreement to Defendant's request for release. The Court finds by clear and convincing evidence that Defendant is not a flight risk or a danger to any person in the community, *see* Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), and grants Defendant's request for release.

It is **ORDERED** that the Defendant be released from federal custody immediately on his current conditions of supervision pending a final revocation hearing.

It is further **ORDERED** that the District Clerk transmit a copy of this order to the USMS, Jack Harwell Detention Center, and USPO Jennifer Black for Defendant's immediate release from custody.

SIGNED this 21st day of September, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE